

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2019

No. 04-19-00855-CR

**IN RE** Destyn David **FREDERICK**

Original Mandamus Proceeding[1]

**ORDER**

On December 9, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's request for leave to file his petition for writ of mandamus is DENIED AS MOOT.

It is so **ORDERED** on December 18, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2019.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 11-09-00041-CRL, styled *The State of Texas v. Destyn David Frederick*, pending in the 81st Judicial District Court, La Salle County, Texas, the Honorable Donna S. Rayes presiding.